# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 10-10-2006

DIGITAL RECORDING: 3:47 - 4:01 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE: Delores Boyd     DEPUTY CLERK: sql

CASE NO.: 1:06CR170-WHA     DEFT. NAME: Sonya PITTMAN

USA: Morris     ATTY: Lewis

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY

(USPTSO)/USPO: Wood

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

---

- [x] kars. — Date of Arrest 10-6-06 or [ ] karsr40
- [x] kia. — Deft. First Appearance. Advised of rights/charges. [ ]Pro/Sup Rel Violator
- [x] kcnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [x] — Requests appointed Counsel  [x] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. — Financial Affidavit executed  [ ] to be obtained by PTSO
- [x] koappted — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] — Deft. Advises he will retain counsel. Has retained _____
- [ ] — Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] — Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg. — Detention Hearing [ ] held; [ ] set for _____
- [ ] kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- [x] kocondrls. — Release order entered. Deft. advised of conditions of release
- [x] kbnd. — [ ] BOND EXECUTED (M/D AL charges) $25,000. Deft released (kloc LR)
- [ ] — BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- [ ] — Preliminary Hearing [ ] Set for _____
- [ ] ko. — Deft. ORDERED REMOVED to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ]Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] — Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- [ ] karr. — ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of NOT GUILTY entered.
- [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
- DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for _____
- [ ] kwvspt — Waiver of Speedy Trial Act Rights Executed