UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA |
| | ) | |
| SONYA MICHELLE PITTMAN | ) | |

## **ORDER**

For good cause, it is

**ORDERED** that this defendant's **arraignment on the superseding indictment** is hereby set specially at **10:30 a.m.** on **November 13, 2006**, before the undersigned Magistrate Judge, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, AL 36104.

If the defendant is in custody, the United States Marshal shall produce the defendant for the arraignment.

Done this 6th day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE