IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

UNITED STATES OF AMERICA ) 
) 
v ) 
) CR. NO. __1:06CR170-WHA__
SONYA PITTMAN ) 

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _____Sonya Pittman_____, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

__October 10, 2006__  _/s/ Sonya M. Pittman_
DATE                  DEFENDANT

                      _/s/_____
                      ATTORNEY FOR DEFENDANT