**COURTROOM DEPUTY MINUTES**  **DATE:** 11/13/06
**MIDDLE DISTRICT OF ALABAMA**
**DIGITAL RECORDING:** 10:54 – 10:55 am

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **DELORES R. BOYD**   DEPUTY CLERK: **WANDA ROBINSON**

CASE NO. **1:06cr170-WHA**      DEFT. NAME: **Sonya Michelle Pittman**

USA: **Clark Morris**       ATTY: **Jay Lewis**

Type Counsel:  ( ) Retained;  (✓) Panel CJA;  ( ) Waived;  (✓) CDO ;

USPTSO/USPO: _____

Defendant _____ does ✓ _____ does NOT need an interpreter; NAME _____

---

- ☐ Kars.        Date of Arrest _____ or  ☐ karsr40
- ☐ kia.         Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.      Financial Affidavit executed ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted    **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.     Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐             Deft. Advises he will retain counsel. Has retained _____
- ☐             Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐             Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐             **DETENTION HRG** ☐ held;  ☐ set for _____;  ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.      **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.       ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
                ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.         Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.     Waiver of ☐ Preliminary hearing;  ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐             Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.       ARRAIGNMENT SET FOR: _____  ✓ **HELD**. Plea of **NOT GUILTY** entered.
                ✓ Trial Term 1-8-07;  ✓ **PRETRIAL CONFERENCE DATE:** _____
                ✓ **DISCOVERY DISCLOSURES DATE:** 11-13-06
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt     **Waiver of Speedy Trial Act Rights Executed.**