IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 1:06-cr-170-WHA |
| | ) | |
| SONYA PITTMAN | ) | |

**<u>MOTION TO CONTINUE</u>**

COMES NOW Defendant in the above-styled cause and moves the Court to continue the trial of this matter until a future term of court. As grounds, Defendant would state that plea negotiations with the government are continuing at this time but, because of the Christmas holidays and the necessity of a proffer meeting if such negotiations are successful, cannot be completed prior to the scheduled trial date of January 8, 2007. An additional complication is that Defendant resides in Coffee County, Alabama, and has transportation issues, which has made it difficult to schedule meetings with her undersigned counsel.

After consultation, the Assistant U.S. Attorney handling this matter has authorized the undersigned to represent that this motion is unopposed.

RESPECTFULLY SUBMITTED, this __21st__ day of December, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _21st_ day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

A. Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                              /s/ JAY LEWIS
                                              Law Offices of Jay Lewis, L.L.C.
                                              P.O. Box 5059
                                              Montgomery, Alabama 36103
                                              (334) 263-7733 (Voice)
                                              (334) 832-4390 (Fax)
                                              J-Lewis@JayLewisLaw.com
                                              ASB-2014-E66J
                                              Attorney for Defendant