# United States District Court

for

# Middle District of Alabama

RECEIVED
2006 DEC 22 P 2: 59

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Defendant: SONYA MICHELLE PITTMAN          Case Number: 1:06-CR-170-WHA

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: October 10, 2006

Original Offense: Conspiracy to Possess with Intent to Distribute Methamphetamine

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia, Refrain from excessive use of alcohol

Assistant U.S. Attorney: Clarke Morris          Defense Attorney: Richard K. Keith

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7 (q): "Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance abuse testing.." | Pittman was instructed to report to the U.S. Probation office and submit to urine testing following her appointment with Attorney Jay Lewis. Upon reporting to the probation office, Pittman failed to submit a urine screen for testing after three attempts. When asked why she stalled, Pittman stated that she was stressed due to pending court case. |

Supervision history of defendant and actions taken by officer: Barring the instant violation, Pittman has been verbally reprimanded previously for leaving her residence without permission and was recently instructed to remain at her residence at all times due to leaving without permission.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.
[ ]   No action.
[ ]   The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by *Willie B Ross, Jr.*

Willie Bernard Ross, Jr.  
Senior U.S. Probation Officer  
Date: December 21, 2006

Reviewed and approved: *Sandra Wood*  
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Other

_____  
Signature of Judicial Officer

_____  
Date