IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Criminal Case No. 1:06-cr-170-WHA |
| ) | |
| **SONYA PITTMAN** ) | |

**NOTICE INTENT TO CHANGE PLEA**

COMES NOW Defendant in the above-styled cause and hereby serves notice on the Court and the government on his intent to change her plea from not guilty to guilty.

RESPECTFULLY SUBMITTED, this __27th__ day of December, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _27th_ day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                          /s/ JAY LEWIS
                                          Law Offices of Jay Lewis, L.L.C.
                                          P.O. Box 5059
                                          Montgomery, Alabama 36103
                                          (334) 263-7733 (Voice)
                                          (334) 832-4390 (Fax)
                                          J-Lewis@JayLewisLaw.com
                                          ASB-2014-E66J
                                          Attorney for Defendant