IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Criminal Case No. 1:06-cr-170-WHA** |
| | ) | |
| **SONYA PITTMAN** | ) | |

**MOTION TO WITHDRAW NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW Defendant in the above-styled cause and hereby moves the Court for leave to withdraw her previously-filed notice of intent to change her plea from not guilty to guilty.

RESPECTFULLY SUBMITTED, this __28th__ day of December, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on the _28th_ day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                /s/ JAY LEWIS
                Law Offices of Jay Lewis, L.L.C.
                P.O. Box 5059
                Montgomery, Alabama 36103
                (334) 263-7733 (Voice)
                (334) 832-4390 (Fax)
                J-Lewis@JayLewisLaw.com
                ASB-2014-E66J
                Attorney for Defendant