IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06cr170-WHA |
| | ) | |
| SONYA PITTMAN | ) | |

**ORDER**

Now pending before the court is the defendant's motion to withdraw her *Notice of Intent to Change Plea* (doc. # 291) filed on December 27, 2006.  *See* Doc. # 293.  Upon consideration of the motion to withdraw, and for good cause, it is

**ORDERED** that the motion to withdraw the notice of intent to change plea (doc. # 293) be and is hereby GRANTED.

Done this 28th day of December, 2006.

                          /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE