IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:06cr170-WHA |
| SONYA PITTMAN ) | |

**ORDER**

This case is before the court on the Motion to Continue (Doc. #282), filed by the Defendant on December 21, 2006.  The United States does not oppose the motion.

The court finds, for the reason that additional time is needed to complete plea negotiations, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.  Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of the Defendant is CONTINUED from the term of court commencing January 8, 2007, to the term of court commencing February 5, 2007.

DONE this 28th day of December, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE