| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| | |
|---|---|
| √ INITIAL APPEARANCE | DATE: January 10, 2007 |
| ❏ BOND HEARING | |
| ❏ DETENTION HEARING | Digital Recording 4:23 - 4:33 |
| ❏ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❏ REMOVAL HEARING (R.40) | |
| ❏ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 1:06cr170-WHA  **DEFENDANT NAME:** Sonya Michelle Pittman

**AUSA:** Clark Morris  **DEFT. ATTY:** Jay Lewis

**Type Counsel:** ( )Retained; (√) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Bernard Ross

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest January 10, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. √ Prob/Sup Rel Violator |
| ❏ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Revocation Hearing to be set 1/12/07 @ 2:30 p.m. before Mag. Judge Charles S. Coody |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.          CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**Defendant's ORAL MOTION to dismiss petition as it fails to state a violation.  Bernard Ross sets out reasons for claim set out in petition.  Government's statements and reasons regarding violation. Court's ORAL ORDER denying ORAL MOTION to dismiss petition.**