IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Criminal Case No. 1:06-cr-170-WHA** |
| | ) | |
| **SONYA PITTMAN** | ) | |

**MOTION FOR TRANSCRIPT**

COMES NOW Defendant in the above-styled cause and requests a transcript of the initial appearance proceeding conducted by Magistrate Judge Walker on January 10, 2007.  Defendant further requests that provision of the said transcript be expedited so that it may be used in a detention hearing before Magistrate Judge Coody at 3:30 p.m., January 12, 2007.

RESPECTFULLY SUBMITTED, this __11th__ day of January, 2007.

>/s/ JAY LEWIS
>Law Offices of Jay Lewis, L.L.C.
>P.O. Box 5059
>Montgomery, Alabama 36103
>(334) 263-7733 (Voice)
>(334) 832-4390 (Fax)
>J-Lewis@JayLewisLaw.com
>ASB-2014-E66J
>Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _11th_ day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                                  /s/ JAY LEWIS
                                                Law Offices of Jay Lewis, L.L.C.
                                                P.O. Box 5059
                                                Montgomery, Alabama 36103
                                                (334) 263-7733 (Voice)
                                                (334) 832-4390 (Fax)
                                                J-Lewis@JayLewisLaw.com
                                                ASB-2014-E66J
                                                Attorney for Defendant