IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 1:06CR-170-WHA** |
| | ) | |
| **SONYA MICHELLE PITTMAN** | ) | |

## ORDER

For good cause, it is

**ORDERED** that a hearing on the petition to revoke the defendant's pretrial release is set for **January 12, 2007 at 3:30 p.m.**, before Chief United States Magistrate Judge Charles S. Coody, in Courtroom 4B, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 11th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE