IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR170-WHA |
| | ) | |
| SONYA PITTMAN | ) | |

**O R D E R**

Upon consideration of the motion for transcript (doc. # 320) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED.  If necessary, the court has access to and can listen to the digital recording of the initial appearance proceeding.

Done this 11th day of January, 2007.


      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE