# United States District Court

## for

## Middle District of Alabama

## Amended Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: SONYA MICHELLE PITTMAN                    Case Number: 1:06-CR-170-WHA

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: October 10, 2006

Original Offense: Conspiracy to Possess with Intent to Distribute Methamphetamine

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia, Refrain from excessive use of alcohol

Assistant U.S. Attorney: Clarke Morris                                    Defense Attorney: Jay Lewis

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue a summons
[X]   To amend petition filed on December 22, 2006 (warrant previously issued)

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7 (q): "Submit to any method of testing required by the pretrial services officer or the supervising officer ...." | Pittman was instructed to report to the U.S. Probation Office on December 21, 2006 and submit to urine testing following her appointment with Attorney Jay Lewis. Upon reporting to the probation office, Pittman failed to submit a urine screen for testing after three attempts. When asked why she stalled, Pittman stated that she was stressed due to pending court case. |
| Condition 7 (t): "You are restricted to your residence at all times except for employment; education; religious services; or other activities as approved by pretrial services." | Pittman left her residence at 702 Grubbs Street, Enterprise, AL 36330 without permission on December 19, 2006. |

Supervision history of defendant and actions taken by officer: Barring the instant violation, Pittman has been verbally reprimanded previously for leaving her residence without permission, and was recently instructed to remain at her residence at all times due to leaving without permission. Regarding the instant violation, Pittman left out of range without permission on December 19, 2006. This officer contacted Pittman at her residence by telephone and she stated that she was stressed due to her pending charges, and went X-mas shopping

at the local Wal-Mart to clear her mind. As a result, Pittman was notified that when she reports to Atty. Jay Lewis' office on 12/21/06, she is to stop by this office to submit a urine screen. Offender stated that she understood.

On December 21, 2006, at approximately 9:00am, Pittman called this officer to notify that she was leaving her residence later that day to report for an attorney visit. This officer reminded her that she would have to report to this office after her attorney visit and to be ready to submit a urine screen when she reports. Later that same day, this officer spoke with Pittman again prior to her reporting to Atty. Jay Lewis' office to give directions to downtown Montgomery, AL and Pittman advised that she was aware that she needed to report after her attorney visit. At approximately 4:30pm, while Pittman was still present at his office, Attorney Jay Lewis spoke with this officer and checked to see if this officer still needed to see Pittman. This officer informed that Pittman needed to report as instructed prior to returning to Enterprise, AL. Upon reporting to the probation office, USPO Tamara Martin attempted to collect the urine screen. Pittman advised that she used the bathroom at her lawyer's office prior to reporting to this office and could not void. Pittman was given three opportunities within a forty-five minute time span to void. During this time period, Pittman was allowed to drink water. Prior to leaving the probation office, Pittman was instructed to return to her residence and remain there until further notice. Since 12/21/06, Pittman has left her residence without permission on several occasions. When questioned by this officer regarding leaving without permission, Pittman stated that she would randomly leave her residence without permission due to stress from her pending court case, to visit family members and children, to visit her father's grave, and to spend as much time with her loved ones prior to being imprisoned.

U.S. Probation Officer Recommendation:
[X]   The term of supervision should be:
[X]   revoked.
[ ]   No action.

[ ]   The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by   /s/ Willie Bernard Ross, Jr.

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: January 11, 2006

Reviewed and approved:   /s/ Sandra G. Wood
                         Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other - Petition filed on December 22, 2006 be amended.


_____
Signature of Judicial Officer

_____
Date