IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 1:06-CR-170-WHA |
| ) | |
| SONYA MICHELLE PITTMAN ) | |

## **ORDER**

Upon consideration of the amended petition to revoke pretrial release (doc. # 323) filed by the government and the defendant's admission of the facts upon which the petition is based, it is

ORDERED that the motion to revoke be and is hereby DENIED. It is further

ORDERED that the home confinement condition of release imposed on the defendant on October 10, 2006, be and is hereby modified to place the defendant on home incarceration. The defendant shall not leave her residence for any reason without prior permission of her pretrial services officer.

Done this 12th day of January, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE