## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED: 1/12/07 | AT | 3:31 P.M. TO 3:45 P.M. |
| DATE COMPLETED: 1/12/07 | TO | Digital Recorded |

UNITED STATES OF AMERICA

VS.

SONYA PITTMAN

CASE NO.: 1:06CR170-WHA

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. A. Clark Morris | | Atty. Jay Lewis |
| Bernard Ross, USPO | | |
| Tamara Martin, USPO | | |

### COURT OFFICIALS PRESENT:

Court Room Deputy: Wanda Stinson          Law Clerk: Corrie Long

( ) NON-JURY TRIAL

(X) OTHER PROCEEDINGS: Bond Revocation Hearing

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Bond Revocation hrg - 06cr170-WHA   USA v. Pittman
**Date:** 1/12/2007
**Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 3:31:23 PM | Court | Court convenes; parties present as noted; Discussion as to the Petition to Revoke pretrial release and amended petition filed; |
| 3:31:47 PM | Atty. Lewis | I just gone over the amdend petition with deft, she is aware of the allegations; |
| 3:31:55 PM | Court | Discussion as to the allegation contained the petition. |
| 3:32:00 PM | Atty. Lewis | Addresses the court as to the defts position; Deft would admit to the failure to submit to the urine screen and object to the phrased used about stalling; She was unable to submit to the urine screen that it was inadvertent and involuntary; As to the second condition |
| 3:32:31 PM | Court | In other words you admit to fact failure to submit to urine screen; |
| 3:32:34 PM | Atty. Lewis | Yes. As to the second one, Ms. Pittman admits to the facts of the allegation; |
| 3:32:55 PM | Court | Based on that, why should I not revoke her release? |
| 3:32:59 PM | Atty. Lewis | Response; Discussion that she could provide the urine sample; |
| 3:33:26 PM | Court | Addresses the concern of the violation of her inability to stay in her residence as required; |
| 3:33:51 PM | Atty. Lewis | Response; |
| 3:34:22 PM | Court | What's the government's position; |
| 3:34:26 PM | Atty. Morris | Ms. Pittman left her residence on 17 different occasions from Dec. 23rd until Jan 9th; It was based on these time that she left her residence that Mr. Ross called her in; She was well aware as to why she was coming in; |
| 3:35:39 PM | Atty. Lewis | That's the first of my hearing of that; |
| 3:36:09 PM | Court | Discussion as to the violations in the petition; Even if she left one time, isn't that enough to revoke? |
| 3:36:52 PM | Atty. Lewis | Response; |
| 3:37:26 PM | Court | Response as to excused deft gave; |
| 3:38:13 PM | Atty. Lewis | Addresses the court as to whether the deft can be trusted; |
| 3:39:15 PM | Court | Who does she live with ? |
| 3:39:19 PM | Atty. Lewis | Danny Reese |
| 3:39:25 PM | Court | Is that her boyfriend? |
| 3:39:27 PM | Atty. Lewis | Yes; |
| 3:40:03 PM | Court | Is she working now? |
| 3:40:04 PM | Atty. Lewis | No, she was working at a local car wash in her home town, she is not at this moment; |
| 3:41:03 PM | Court | What levle of electronic monitoring is she presently on? |

| Time | Speaker | Statement |
|---|---|---|
| 3:41:06 PM | Mr. Ross | She's listed under the home detention component of the electronic monitoring program; Prior to her leaving without permission on the 19th, I placed her on home incarceration component, meaning that she had to remain at her residence; |
| 3:42:07 PM | Atty. Lewis | This is the first I've heard of that; |
| 3:42:21 PM | Atty. Morris | That's in the petition; |
| 12:34:00 AM | Court | Discussion as to order entered placing deft on home detention; Court will modify the conditions of release and place deft on home incarceration; Deft informed that she must not leave the house at all, unless her USPO says so; Court will enter an order modifying those conditions; |
| 3:45:06 PM | Mr. Ross | Addresses the court that he transport her from jail to her residence; |
| 3:45:23 PM | Court | That would fine and court so orders; Deft will remain in custody until Mr. Ross can take deft home; |
| 3:45:37 PM | Court | Court is recessed. |