IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:06cr170-WHA |
| SONYA PITTMAN | ) | |

## **ORDER**

This case is before the court on the Motion to Continue Trial (Doc. #336), filed by the Defendant on January 24, 2007. The United States does not object to a continuance.

The court finds, for the reason that additional time is needed to complete plea negotiations, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing February 5, 2007, to the term of court commencing March 12, 2007.

DONE this 24th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE