IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 1:06-cr-170-WHA |
| | ) | |
| SONYA PITTMAN | ) | |

**MOTION TO TERMINATE PRETRIAL RELEASE**

COMES NOW Defendant in the above-styled cause and moves the Court to permit her to voluntarily terminate her pretrial release in this case and in support whereof would show the Court as follows:

1. This matter is expected to result in a change of plea.

2. Defendant realizes that she will be required to serve a sentence in the custody of the Bureau of Prisons.

3. Defendant desires to avail herself of the opportunity to earn credit toward her ultimate sentence.

WHEREFORE, the premises considered, Defendant prays that the Court will permit her to terminate her pretrial release and to surrender herself to the United States Marshal. Defendant further prays that the Court will Order that the time she spends in pretrial custody will be credited toward her sentence, should this matter be resolved by plea or conviction.

RESPECTFULLY SUBMITTED, this __29th__ day of January, 2007.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com

ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _29th_ day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

A. Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant