IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 1:06-cr-170-WHA |
| ) | |
| SONYA PITTMAN ) | |

**MOTION FOR TEMPORARY RELEASE**

COMES NOW Defendant in the above-styled cause and moves the Court for leave to temporarily leave her home in order to have her 2006 tax return prepared, and in support of which would show as follows:

1. Defendant is presently on home incarceration and is permitted to leave her residence only for court appearances, attorney conferences, proffer meetings, and the like.

2. Defendant has been unable to procure a tax preparer to come to her home, and she believes herself incapable of preparing her tax return alone.

3. Counsel has conferred with Defendant's pretrial release officer who confirms that an Order of the Court is required for the effectuation of the above purpose.

WHEREFORE, the premises considered, Defendant prays that the Court will permit her to leave her home at a time and for a period to be arranged between her and her probation officer for the limited purpose of having her tax return prepared.

RESPECTFULLY SUBMITTED, this __2nd__ day of February, 2007.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com

        ASB-2014-E66J
        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the _2nd_ day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

A. Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

        /s/ JAY LEWIS
        Law Offices of Jay Lewis, L.L.C.
        P.O. Box 5059
        Montgomery, Alabama 36103
        (334) 263-7733 (Voice)
        (334) 832-4390 (Fax)
        J-Lewis@JayLewisLaw.com
        ASB-2014-E66J
        Attorney for Defendant