IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR170-WHA |
| | ) | |
| SONYA PITTMAN | ) | |

**ORDER**

Now pending before the court is the defendant's motion for temporary release (doc. # 341) and motion to terminate pretrial release (doc. # 340). Upon consideration of the motions, and for good cause, it is

ORDERED that the motion for temporary release (doc. # 341) be and is hereby DENIED. It is further

ORDERED that a hearing on the motion to terminate pretrial release (doc. # 340) be and is hereby set on February 6, 2007, at 9:30 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 2nd day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE