IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr170-WHA |
| | ) | |
| SONYA MICHELLE PITTMAN | ) | |

**ORDER**

Now pending before the court is the defendant's motion to terminate pretrial release (doc. # 340). On February 6, 2007, counsel for the defendant represented to the court that the defendant sought to terminate her pretrial release and turn herself in to the custody of the United States Marshal. Accordingly, it is

ORDERED that the defendant's pretrial release be and is hereby REVOKED, the defendant shall turn in to the United States Marshal on or before **5:00 p.m. on February 7, 2007.** It is further

ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 6th day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE