# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA | |
| DATE COMMENCED: 2/06/07 | AT | 2:07 P.M. TO 2:11 P.M. | |
| DATE COMPLETED: 2/06/07 | AT | Digital Recorded | |

UNITED STATES OF AMERICA

    Plaintiff

VS.                                            CASE NO.: 1:06CR170-WHA

SONYA MICHELLE PITTMAN

    Defendant

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Christopher Snyder | | Atty. Jay Lewis |
| Mr. Bernard Ross, USPO | | |

**COURT OFFICIALS PRESENT**:

**COURTROOM DEPUTY**: WANDA STINSON     **LAW CLERK**: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:  **MOTION HRG RE: MOTION TO TERMINATE PRETRIAL RELEASE**

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |
|---|---|---|
| **Description** | \multicolumn{2}{l}{Motion hrg - 06cr170 USA v. Pittman} |
| **Date** 2 / 6 /2007 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 2 :07:44 PM | Court | Court convenes; parties present as noted; Discussion as to what deft intends to do;  Discussion as to the motion filed by deft to put her in jail and then she files a motion to let her out of jail to go do her income taxes ; |
| 2 :08:21 PM | Atty. Lewis | Addresses the court;  Discussion as to motions filed by deft; Deft is now under home incarceration; Court denied her motion to leave the house to do taxes, which was fine; The current situation has to do with some domestic dispute at her house; |
| 2 :09:02 PM | Court | Mr. Ross explained that earlier today; |
| 12:14:00 AM | Atty. Lewis | She called this morning indicating that her ride could not make it due to car would not start; |
| 2 :10:05 PM | Court | Discussions as to the original motion  to revoke her pretrial release; |
| 2 :10:16 PM | Atty. Lewis | She has 2 reason for that, one is she wants to be given jail time; the second is for various reasons - she need to get out of the environment she is in right now; |
| 2 :10:43 PM | court | The court is confident based on counsel's representation in revoking her and ordering that she turn herself in; |
| 2 :10:57 PM | Atty, Snyder | We have no objection to that; |
| 2 :11:00 PM | Court | If she can here tomorrow, the court will do that;Enter an order to that effect; |
| 2 :11:08 PM | Atty. Lewis | That's fine; |
| 2 :11:19 PM | Court | Response; Court will order that she turn herself in NLT that 5:00 o'clock  tomorrow afternoon to the USMS; |
| 2 :11:46 PM | Court | Court is recessed. |