| | | |
|---|---|---|
| COURTROOM DEPUTY MINUTES / DATE: March 7, 2007 | | FTR RECORDING: 9.27 |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: RISA ENTREKIN | |

☐ ARRAIGNMENT   √ CHANGE OF PLEA   ☐ CONSENT PLEA

☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**
CASE NUMBER: **1:06-CR-170-WHA-CSC**   DEFENDANT NAME: **SONYA MICHELL PITTMAN**
AUSA: **A. CLARK MORRIS**   DEFENDANT ATTY: **JAY LEWIS**
Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO
USPTS/USPO: _____

Defendant _____ does __√__ does NOT need and interpreter. Name: _____

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) __1__ of the **Indictment**

☐ Count(s) _____   ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered   √ Written plea agreement filed.   ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued ☐ same Conditions/Bond imposed by Mag. Judge;

☐ Released on Bond & Conditions of Release for:

☐ Trial on _____; ☐ Sentencing on _____; ☐ to be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or √ Sentencing on _____   √ Set by separate Order.