ASB (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | Judgment — Page 2 of 6 |
|---|---|
| DEFENDANT: SONYA MICHELLE PITTMAN | |
| CASE NUMBER: 1:06cr170-11-WHA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**21 months.** This sentence shall be served **concurrently** with any sentence that may be imposed in cases now pending in Coffee County, Alabama.

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where intensive drug treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

**RETURNED AND FILED**
**JUL 17 2007**
**CLERK**
**U.S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

I have executed this judgment as follows:

Defendant delivered on 7/3/07 to FCT Tallahassee

at Tallahassee, Florida , with a certified copy of this judgment.

Jesse Seroyer Jr.
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL